AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| MAREN CRABILL, individually and on behalf of all others similarly situated, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-cv-280 |
| LCA-VISION, a corporation, also d/b/a LASIKPLUS, also d/b/a JOFFE MEDICENTER ) | |
| *Defendant* ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's motion to dismiss (Doc. 11) is hereby GRANTED, and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Timothy S. Black, United States District Judge  on a motion to dismiss and to strike the class allegations (Doc. 11).

Date: 6/24/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*